BEETSON, Appellant, v. BEETSON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Catherine M. Beetson against Frederick W. Beetson and others. G. H. Taylor, Jr., for appellant. H. Wetherhorn, for respondents.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, J., dissents.

BELL et al. v. ULLMAN et al. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by David Bell, Jr., and another, against Julius Ullman and others.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs to defendants.

SPRING and HISCOCK, JJ., dissent.

BENNETT et al., Appellants, v. ANTHONY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Phebe S. Bennett and another against Wallace Anthony.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event, upon question of law only; the facts having been examined and no error found therein. Held that, among other reversible errors, there was no proper proof of the judgment and executive relief thereupon by the defendant.

BENOIT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Anna Benoit against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion for order substituting Mary J. Benoit as administratrix, etc., of Anna Benoit, deceased, the original plaintiff, granted. Decision and order of reversal entered upon the appeal to this court (87 N. Y. Supp. 951) herein vacated, without prejudice to the rights of the parties to take such further steps as they may be advised.

In re BERKES' WILL. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) In the matter of proving the will of Anton Berkes, deceased.

PER CURIAM. Decree of Surrogate's Court reversed on the facts, and new trial ordered before a jury in the Supreme Court at the next Trial Term to be held in the county of Erie, with costs of this appeal to abide the event of the new trial. Held, that the disposition of the facts by the surrogate is not free from doubt and not entirely satisfactory. The order will state the questions to be tried.

WILLIAMS, J., dissents.

BERLINER, Respondent, v. WIENER, Appellant. (Supreme Court, Appellate Term, November 29, 1905.) Appeal from City Court of New York. Action by Joseph Berliner against Arthur M. Wiener. From a judgment for plaintiff, defendant appeals. Reversed. Samuel C.

Steinhardt, for appellant. Manheim & Manheim, for respondent.

PER CURIAM. The evidence of the two principals respecting the terms of the hiring, for damages upon the alleged breach of which this action is brought, is flatly contradictory; but the evidence of the employer is so measurably corroborated by other witnesses, by the application for employment signed by the plaintiff himself, and by circumstances that it seems proper to reverse the judgment as contrary to the weight of evidence. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BERTSCH, Respondent, v. HEID et al., Appellants. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by William F. Bertsch against Carolina B. Heid, Emily H. Bertsch, and Charles M. Heid. No opinion. Judgment modified, by deducting therefrom the extra allowance of costs, and judgment, as modified, and order, affirmed, without costs.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 7.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 8.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BIRD, Respondent, v. VILLAGE OF TARRYTOWN, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by James Bird against the village of Tarrytown. No opinion. Order affirmed, with $10 costs and disbursements.

In re BIRNBAUM. (Supreme Court, Appellate Division, First Department. November 10, 1905.) In the matter of Jacob M. Birnbaum. T. M. Tyng, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BISSEL, Appellant, v. SACKETT WALL BOARD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Francis J. Bissel against the Sackett Wall Board Company.

PER CURIAM. Order affirmed, with costs. Held that, the order appealed from granting a

new trial stating no ground therefor, we assume that it was granted on the ground that the verdict was against the weight of the evidence, or the amount thereof excessive, and this court will not interfere with the discretion thus exercised by the trial justice.

HISCOCK, J., dissents, upon the ground that, in the absence of a statment to that effect in the order, it cannot be assumed that the new trial was granted because the verdict was against the weight of the evidence or for excessive damages; that the order should not, therefore, be affirmed upon the theory that it was granted upon one of those grounds, resting more or less in the discretion of the trial judge; and upon the facts in this case this court should not affirm the order, because a new trial ought to have been granted upon one of said grounds.

BLOUNT, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Jennie A. Blount against the Syracuse Rapid Transit Railway Company. No opinion. Judgment affirmed, with costs.

BOEHMCKE et al., Appellants, v. HASHAGEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Frederick E. Boehmcke and Frederick W. Boehmcke against John H. Hashagen. No opinion. Judgment and order affirmed, with costs.

BOEHRER, Appellant, v. FISCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Julius Boehrer against Charles S. Fischer and others. No opinion. Judgment unanimously affirmed, with costs.

BOICE v. McCORMICK. SAME v. JONES. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by Hewitt Boice against Henry J. McCormick and against Percival S. Jones. No opinion. Motions denied, with $10 costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by John J. Bowes against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by John J. Bowes, Jr., by John J. Bowes, his guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Matthew Bowes against the New York & Queens County Railway Com-

pany. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWSKY v. COSBY. (Supreme Court. Appellate Division, First Department. October 13, 1905.) Action by Max Bowsky against Arthur F. Cosby. No opinion. Motion denied, with leave to renew as stated in memorandum. See 94 N. Y. Supp. 792.

BOYD, Respondent, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Appeal from Trial Term. Action by Julia S. Boyd against the United States Mortgage & Trust Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Theodore H. Lord, for appellant. Howard Taylor, for respondent.

PER CURIAM. The questions presented upon this appeal have been determined by this court upon a former appeal. 94 App. Div. 413, 88 N. Y. Supp. 289. The judgment is therefore affirmed upon the prevailing opinion. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents, upon his opinion on the former appeal.

BOYER v. ERIE R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Emily Boyer, as administratrix, etc., against the Erie Railway Company and the International Railway Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the appellant to answer within 20 days from the service of a copy of the order herein, together with notice of entry thereof, upon payment of the costs of the demurrer and of this appeal.

HISCOCK, J., not voting.

BOYSEN v. BOYSEN. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Paul Boysen against Adel Boysen. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

BRADY, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Sadie V. Brady against Daniel M. Brady. J. J. Adams, for appellant. S. H. Ordway, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRADY, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department, July 7, 1905.) Action by Sadie V. Brady against Daniel M. Brady. No opinion. Order granting additional counsel fee reversed, and motion denied.

BRENNAN, Respondent, v. MALLOY et al. Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Michael Brennan against James Malloy and others. No opinion. Judgment of the Municipal Court affirmed, with costs.